# LAW OFFICES OF MICHAEL D. STEGER, PC

| 295 Madison Avenue, 22nd Floor | 30 Ramland Road, Suite 201 |
| --- | --- |
| New York, NY 10017 | Orangeburg, NY 10962 |
| (646) 517-0600 | (845) 359-4600 |
| msteger@steger-law.com | (845) 689-2155 (fax) |

www.steger-law.com

October 25, 2019

**VIA ECF**

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re:  Richard Marta v. Hil & Company, LLC, et al.; Case No. 19-cv-1533-DLI-ST

Dear Magistrate Judge Tiscione:

  This firm represents Plaintiff Richard Marta.  I am writing with the consent of Jason Marin, counsel for Defendant Hil & Company, LLC.  The Court has scheduled a settlement conference for Tuesday, October 29th at 2pm.

  The parties have agreed on a resolution of this matter in principle.  Accordingly, we jointly request that the Court adjourn the scheduled settlement conference and any other scheduled dates.  We expect to file a stipulation to dismiss the case with prejudice no later than November 27th.

  Thank you for your consideration of this request.

\                    Sincerely yours,

                    /s/ Michael D. Steger

                    Michael D. Steger

cc:  Timothy Wan, Esq. (via ECF)
  Jason Marin, Esq. (via ECF)